**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WYOMA IVY**                                                                                    **PLAINTIFF**

**V.**                                                                    **CAUSE NO.: 1:08CV20-SA-JAD**

**LANE FURNITURE INDUSTRIES, INC.**                                               **DEFENDANT**

**ORDER ON SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   The Defendant's Motion to Dismiss [20] is GRANTED;

(2)   the Defendant's Motion to Strike [30] is MOOT;

(1)   the Defendant's Motion for Summary Judgment [32] is GRANTED;

(2)   the Plaintiff's claims are dismissed; and

(3)   this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  15th  day of June, 2009.


  /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**